Jeanine Davidson
3023 Prospect Ave
Santa Monica, CA 90405
Contactjeaniedavidson@gmail.com
949.374.3725

**FILED**

APR 1 9 2024

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

April 15, 2024

US Bankruptcy Court
501 W 10th Street
Fort Worth, TX 76102

RE: Ryan Shawn Scott, Chapter 13 CASE # 23-43301-MXM-13

Dear Honorable U.S. Bankruptcy Judge,

I am writing to address the objection raised by the debtor, Ryan Scott, regarding the claim I have submitted of $160,850, Claim 10, in the above-mentioned bankruptcy case. As a creditor in this case, I believe it is crucial to present my perspective for the court's consideration.

The claim I have submitted reflects his unpaid community debt due to the debtor's consistent avoidance of responsibility and failure to engage in meaningful communication regarding settlement offers. Despite numerous attempts by my legal representation to reach an amicable resolution, the debtor has regrettably chosen not to respond, leaving this matter unresolved.

It is important for the court to understand that these debts are not merely financial obligations but represent a shared responsibility within a community setting. The debtor's objection to the claim appears to be an attempt to evade accountability rather than a legitimate dispute over the validity of the debt.

As seen from the enclosed exhibits, the debtor acknowledges responsibility for them which demonstrates his awareness of their validity. Exhibit 1 shows a list of community debts I sent debtor in March 2021, where I proposed a way we could divide the total debt approximately evenly between us. In Exhibit 2, the debtor replies with only two changes to this proposed distribution – removing two personal loans from the totals ($41,600 + $5000 = $42,100). Clearly, this confirms his awareness, ownership and validity of the debts. It's simply community debt. Since California law requires community debts be split equally between the spouses in a divorce, regardless of whose name is on the debt unless total debts significantly exceed assets, which there were essentially none, it's a very clear case. Likewise, in Exhibit 3, you can see that massive debt existed in our marriage for quite some time, as I attempted to meet with the debtor multiple times to create a payoff plan. He declined the meetings, except for one where we decided to borrow money from my sister again, and consolidate at a lower interest rate, among other things. The debtor later lost his job again and more debt ensued (Exhibit 6).

Since the separation in February 2021, I was left with 2 minor children, no child support or help with insurance and bills, including massive community debt payments, counseling and medical bills for the kids, and so on. I refinanced my car out of his name, as promised, and I helped the debtor sell one of the vehicles (our daughter's), that was in his name, earning him $1000 of unshared profit. Leaving her without a car, I solely

bought her an inexpensive car for cash (her, a college freshman with minimal part time income). Similarly, I also solely bought an inexpensive car for our older daughter who lost hers (she suffers from a mental disorder), but needed transportation to work and support herself and her health. (I also solely paid almost $9000 for a dental procedure she needed, which Ryan and I were to pay years ago, but got pushed back). I realize this is not part of the claim, though I'm sharing for context.

I've since worked a ridiculous amount of hours, while raising our son alone out of state, in order to payoff our community debts, as shown in the documents that were attached with the claim. I paid off the majority of our community debts, including as you'll see $83,752 of credit card debt ($6346 + $19026 + $1612 + $36,011 + $20,757 =. $83,752) + $46,100 for the personal loan, totaling $129,852 (Exhibit 5) for just these items, and debtor has not fulfilled his obligations, nor reimbursed or contributed to any of this.

I respectfully request that the court thoroughly review the details of this claim and consider the broader context of the debtor's behavior in handling his financial obligations. The evidence clearly indicates that the debts in question are legitimate and should be acknowledged as such in the bankruptcy proceedings.

Furthermore, I urge the court to prioritize fairness and equity in its decision-making process, ensuring that all parties involved are held accountable for their obligations. Granting approval of my claim would be a step towards upholding these principles and ensuring that justice is served in this case.

Thank you for your attention to this matter. I trust that the court will carefully consider the information provided and make a decision that aligns with the principles of justice and fairness.

Respectfully yours,

*Jeanie Davidson*

Jeanie Davidson

Copies sent to:

Tim Truman, Chapter 13, Trustee

6851 N.E. Loop 820, Suite 300

N. Richland Hills, TX 76180

Marilyn D. Garner, Esq.

2001 East Lamar Blvd, Suite 200

Arlington, TX 76006

*1/2*

*our split*

*Sent Ryan after*

# Exhibit 1: Summary of Community debts & proposed division
## J = Jeanie, R = Ryan

## Secured Debt

| Pmt (J) | Pmt (R) | Type | Debtor | Total Balance | J | R | Both |
|---|---|---|---|---|---|---|---|
| $ 348 | | Auto Loan | Ally Auto Loan Nissan | | | ($18,089) | |
| $ 370 | | Auto Loan | BofA Auto Loan - Kona | | | ($19,284) | |
| $ 572 | | Auto Loan | NFCU 4Runner | | ($27,577) | ($37,373) | |
| | $ 600 | | | | | | |
| | $ 485 | | | | | | |

## UNsecured Debt

| Pmt (J) | Pmt (R) | Type | Debtor | Total Balance | J | R | Both |
|---|---|---|---|---|---|---|---|
| $ 860 | | Credit Card | NFCU CC 8810 | | | ($29,990) | |
| $ 130 | | Credit Card | NFCU CC 4632 | | | ($24,164) | |
| $ 360 | | Credit Card | Citi 2618 | | ($18,652) | | |
| $ 610 | | Credit Card | Citi 1488 | | ($3,284) | | |
| $ 210 | | Credit Card | Discover | | ($16,758) | | |
| $ 150 | | Credit Card | BofA 5854 | | ($36,011) | | |
| $ 25 | | Credit Card | WellsCC Bus 1563 | | ($3,688) | | |
| | | Credit Card | WellsCC Bus 5729 | | ($6,155) | | |
| $ 186 | | Loan | PPP Loan | | ($986) | | |
| $ 1,049 | | Loan | EIDL Loan | | | ($38,100) | |
| | | Loan | Upstart | | | ($34,275) | |
| $ 650 | | Loan | Lori | | ($41,600) | | |
| N/A | | Tuition | SM Tuition | | ($2,287) | | |
| N/A | | Loan | Ferne & Gary | | ($5,000) | | |
| $ 2,985 | $ 2,320 | unsecured | TOTAL | | -$129,421 | -$131,529 | unsecured |
| $ 572 | $ 718 | auto loans | | | $27,577 | -$37,373 | auto loans |
| $ 3,557 | $ 3,038 | | | | $156,998 | -$168,902 | $11,900 |
| $ 519 | | | | | | | $11,900 |

More from Jeanie per mo
Doesn't incl Tuition payoff in mo pmts
since already due this mo, Apr

More on Total to Ryan, BUT includes $5K to your parents
if planning to pay them back?  Otherwise, only $6900 difference.
Idea: Can sell your car to reduce if desire ie- your car is $19K,
if sell it and get i.e. jeep back w no payment.
Then, total goes down to $149K ish, approx $8k less than my total

 J S <sjeanie01@gmail.com>

---

## Bills breakdown
1 message

---

**Jeanie Scott** <sjeanie01@gmail.com>                     Wed, Mar 31, 2021 at 6:43 PM
To: Ryan Scott <ryscott004@gmail.com>

Hi Ryan,
I made a spreadsheet of bill totals, payments due dates. I hope I got it all, I think I did.

The first tab has notes, balances, payment amts, due dates and indicates who it's under.

The 2nd tab is the same but less info to sort through the current breakdown.

The 3rd tab is my attempt at re-distributing a few that have yellow highlights, to make it as even as possible, so we can be organized, not get behind and know what each is covering.

Let me know what you think, k?

Jeanie

---

 **Bills Breakdown.xlsx**
19K

*Exhibit 2: Ryan's agreement, his proposed change in blue.*

## Secured Debt

| Pmt J | Pmt R | Type | Debtor | Total Balance | J | R | Both |
|---|---|---|---|---|---|---|---|
| $ 348 | | Auto Loan | Ally Auto Loan Nissan | | | ($18,089) | |
| $ 370 | | Auto Loan | BofA Auto Loan - Kona | | | ($19,284) | |
| $ 572 | | Auto Loan | NFCU 4Runner | | ($27,577) | | |
| | | | | | ($27,577) | ($37,373) | |

## Unsecured Debt

| Pmt J | Pmt R | Type | Debtor | Total Balance | J | R | Both |
|---|---|---|---|---|---|---|---|
| | $ 600 | Credit Card | NFCU CC 8810 | | | ($29,990) | |
| | $ 485 | Credit Card | NFCU CC 4632 | | | ($24,164) | |
| 850 | | Credit Card | Citi 2618 | | ($18,652) | | |
| 130 | | Credit Card | Citi 1488 | | ($3,284) | | |
| 360 | | Credit Card | Discover | | ($16,758) | | |
| 610 | | Credit Card | BofA 5854 | | ($36,011) | | |
| 210 | | Credit Card | WellsCC Bus 1563 | | ($3,688) | | |
| 150 | | Credit Card | WellsCC Bus 5729 | | ($6,155) | | |
| 25 | | Loan | PPP Loan | | ($986) | | |
| $ 186 | | Loan | EIDL Loan | | ($38,100) | | |
| | $ 1,049 | Loan | Upstart | | | ($34,275) | Both loans from family need to be omitted; You will assume the Upstart in lieu of ($41,600) |
| $ 650 | | Loan | Lori | Was Lori | ($2,287) | | ($5,000) |
| N/A | | Tuition | SM Tuition | | | Was Mom | |
| N/A | | Loan | Feme & Gary | | | | |
| unsecured $ 2,985 | $ 2,320 | | | TOTAL | -$125,921 | -$88,429 | unsecured |
| auto loans $ 572 | $ 718 | | | | -$27,577 | -$37,373 | auto loans |
| $ 3,557 | $ 3,038 | $ 519 | | | -$153,498 | -$125,802 | $11,900 |

More from Jeanie per mo
Doesn't incl Tuition payoff in mo pmts since already due this mo, Apr

More on Total to Ryan, BUT includes $5K to your parents
If planning to pay them back? Otherwise, only $6900 difference.
Idea: You can sell your car and buy a used cheaper car if you don't feel good about the debt total. Ill sell you the jeep
Then, total goes down to $149K ish, approx $6k less than my total

 Gmail

Jeanie Scott <jeanietscott@gmail.com>

---

## Divorce Proposal 4-12-21

1 message

---

**Ryan Scott** <ryscott004@gmail.com>
To: Jeanie Scott <sjeanie01@gmail.com>

Mon, Apr 12, 2021 at 12:53 PM

Jeanie,

This is my proposal hoping to avoid financial implications, complications and to expedite the divorce process of the 6 mos. cool-off period.  If these bullet points can't be negotiated and agreed upon,  this email will become null and void.  My goal is to get this resolved so you and I can get down the road with our lives and coexist for the children moving forward. Please be open-minded and communicate freely so that we can come to an amiable agreement for us and the children.

**See below and reply back with comments if any.**

## Debt/Financials

1.  We are **absolutely not** including family loans.  These type of loans can be put off and managed on a one to one basis with individual family members on both sides in a private manner. These tell a false financial story and can always be relieved with family members moving forward. That said,  I have moved the EIDL loan over to your side to balance things out.  You initiated these loans on your own and I feel you own the responsibility of paying them back.

2.  You've also put multiple smaller debt items under your name allowing a quick pay-off and lower interest rates across the board.  We both know that these can be paid off very quickly and start snowballing debt.  I would be happy to take them over and trade if you feel differently as the interest rates are small in relation to the smaller amounts.

3.  As far as auto loans are considered, I basically have all 3 automobiles in my name conveniently.  I would never sell my car....I need my car as much as you need yours so an old jeep isn't an option for me.  This might be an option for you in which I can sell your 4 Runner for you and you can downgrade to an economical used car or, better yet assume Claira's car and payments.

4.  Claira's car in my opinion should be spilt between you and myself at a minimum.  Is she your daughter too?  Maybe this should be assumed with Child support?

5.  You need to re-apply for the utilities at YOUR dwelling.  These are not and have not been my responsibility since I left on 2-19-21.  I'm not sure how you are paying but I don't want to get mixed up in your financial decisions....my credit rating.

6.  I've also aske that you be taken off ALL life insurance policies as the beneficiary.  I will appoint someone else who will facilitate in my/kids best interest.

7.  The SOLO 401k will be dispersed 50/50 (18k per person with penalty and taxes being considered) per CA divorce law. If you would like to negotiate that in lieu of taking on more debt, I would be happy to listen and talk.

8.  In addition, I absolutely under no circumstances, will accommodate any other debt outside of your spreadsheet you have generated and sent moving forward.  Please understand this.

I've attached your spreadsheet reflecting the amended balances in blue that I have detailed above and am proposing.

## Spousal Support

I'm willing to sign my rights away if you are **ONLY** if we can come to an agreement out of court.  I agree neither party needs this and it will only complicate matters. That said, you've mentioned nothing regarding child support.  This leads me into the next item....

## Child Support

I'm not sure why you haven't mentioned this yet. If we are negotiating things, this needs to be included. The idea is to get everything hammered out so that the attorneys are barely lifting a finger, thus charging both you and I substantially less. I have a number in my head but am not aware of your intentions at this time. If your intentions are to let the court decide then this email and associated items are void and null.

My hopes are we can come to an agreement. We both know that Ollie is very minimal in cost. I'm willing to carry health insurance for him and Claira which will have myself assuming an additional cost which isn't cheap. This all said, I would be more than happy to have him and be the primary parent. I would ask $0 child support and pay for all visitation. Let me know if this is something you're willing to consider.

Again, at present I am currently paying for Claira's car and cell phone coverage that should be considered when asking for additional money. That is a total of over $400 per month of which you really should be paying half. Honestly, I've taken the initiative when you wouldn't. This is quite a bit of money of which I do not have to pay and have assumed the burden of paying. This should cover most of whatever you are asking for. If you just have to have the cash then you can assume these payments and I'll pay you direct in the form of child support. You can explain to Claira why this is. If your rebuttal is, "she's your daughter" then she's yours too and you should consider paying as well.


## Visitation

I will have Oliver and Claira every summer, spring break and ALL holidays for the duration unless custody changes. This is typical of the 70/30 rule. **I will not** negotiate this, the same as you **will not** negotiate physical custody as you stated the other day via text. We will alternate the cost to fly them back and forth, with the next trip being on your dime as I facilitated the first one for the approx. sum of $600. You also sent them with $0 which is fine, but bear in my mind I paid for everything here and bought shoes and clothing that he badly needed as he had small clothes and rips in his shoes. Keep this in mind as it isn't cheap.

In closing, please consider all things and comment and get back to me with 48 hours if you can with any changes or amendments that you have. We have to communicate until we reach an agreement or this will take an ugly turn for both of us.

Ryan

---

**Bills Breakdown Ryan Propose 4-12-21.xlsx**
24K

Exhibit 3: Just an FYI —

I regularly tried to meet with Ryan to get debts resolved. This is a spreadsheet for 1 year prior to our split. Clearly a lot of community debt(s) and Ryan was 100% involved! + aware.

| Pmt | Day Due | Debtor | Total Balance |
|---|---|---|---|
| $ 40 | 28 | American Express CC | ($1,517) |
| $ 125 | 10 | AA Citibank CC | ($2,456) |
| $ 88 | 5 | Paypal2 | ($2,754) |
| $ 95 | 25 | Wells Business CC1 | ($3,616) |
| $ 156 | 22 | Paypal1 | ($4,044) |
| $ 155 | 25 | Wells Business CC2 | ($6,100) |
| $ 300 | 17 | Citibank CC2 | ($6,180) |
| $ 370 | 28 | Discover CC | ($18,129) |
| $ 2,775 | 28 | Citibank CC1 (usually $700/mo) | ($20,955) |
| $ 490 | 28 | Navy Fed CU CC2 | ($24,220) |
| $ 610 | 21 | Navy Fed CU CC1 | ($30,002) |
| $ 605 | 25 | Bank of America CC | ($36,500) |
| | | **Total CCs** | **($156,473)** |
| $ 1,049 | 21 | Upstart Consolidation | ($37,525) |
| $ 1,277 | 17 | Navy Fed CU Consolidation | ($37,810) |
| $ NA | NA | Gary & Ferne | ($5,000) |
| $ 650 | 21 | Lori - OC CU | ($47,500) |
| | | **Total Other** | **($127,835)** |
| | | **Both Total** | **($284,308)** |
| $ 572 | 17 | Navy Federal Auto 4runner | ($31,555) |
| $ 370 | 31 | Bank of Amer Auto Kona | ($23,500) |
| $ 622 | 1 | OneMain Truck/Consol | ($21,690) |
| | | **Auto Loans Total** | **($76,745)** |
| | | Others making/can make pmts: | |
| | | IRS | ($2,100) |
| | | CA Tax | ($2,100) |
| | | Medical Collections | ? |

 Gmail

**J S <sjeanie01@gmail.com>**

---

## DA
1 message

---

**J S** <sjeanie01@gmail.com>                                                   Mon, Jan 27, 2020 at 6:53 AM
To: Ryan Scott <ryscott004@gmail.com>

Here's the spreadsheet I worked on this weekend.

Meeting is tonight 6:30.

Love you,
Jeanie

---

**Debt 1-26-2020.xlsx**
23K

Ⓑ Recurring meeting I scheduled with debtor to try to set debt repayment plan going. This was in 2018 thru early 2021.

Q Financial                    ⊗ Cancel

**SUNDAY, MAY 6, 2018**

Monthly Financial Planning Lunch...  12:00 PM
                                     1:00 PM

Monthly Financial Planning Lunch...  12:00 PM
                                     1:00 PM

**WEDNESDAY, JUN 6, 2018**

Monthly Financial Planning Lunch...  12:00 PM
                                     1:00 PM

**THURSDAY, DEC 6, 2018**

Monthly Financial Planning Lunch...  12:00 PM
                                     1:00 PM

**SUNDAY, JAN 6, 2019**

Monthly Financial Planning Lunch...  12:00 PM
                                     1:00 PM

**THURSDAY, JUN 6, 2019**

Monthly Financial Planning Lunch...  12:00 PM
                                     1:00 PM

**SATURDAY, JUL 6, 2019**

Today



‹ Back          **Event Details**          Edit

# Monthly Financial Planning Lunch - 3 Month Plan

Sunday, May 6, 2018
from 12 PM to 1 PM

11 AM

Noon

1 PM

2 PM

| Calendar | ⬤ Meeting Invites ⌄ |
|---|---|

| Invitees | 2 › |
|---|---|
| ⬤ Jeanie Scott | ⬤ Ryans Ipad |

| Alert | None ⌄ |
|---|---|

Debtor declined the
meetings in avoidance
with the exception of one,
where we met at Claim
Jumper + discussed a plan,
decided to consolodate debt
for payoff via a lower interest
loan from my sister (Lori). He
later lost his job
again + more debt
ensued, though we
downsized to alleviate.

( due to a physical confrontation
with owner's son ).

Delete Event

*Exhibit of explanation text*
*from my sister.*

# M Gmail

J S <sjeanie01@gmail.com>

---

## getting things in order
1 message

**Jeanie Scott** <sjeanie01@gmail.com>                    Wed, Aug 14, 2019 at 9:59 AM
To: lakerguru2@gmail.com

Hey Lor,

I owe you $48,750, part at 5%, part at 8% and part unaccounted for re: a rate. We increased payment to $550/mo due by 21st (though I did send $1K last month instead). Would you object if I just do a replacement note to combine/update the full amount into one, total at the higher @ 8%, or even higher if you wish, which I'm fine with? Prefer to keep payment @ $550, but if need could update to $650 (prefer less until I know if Ryan will get the new job or not, at least, but say what you need, I mean it). If you need an accounting of payments, I can send, as well.

Just let me know. I was planning to transfer payment today.
Love you,
Jeanie

*Ryan agreed on these twice. He quit his job multiple times without a replacement job, and got fired a few times so we had to supplement with credit each time + consolidate + move/manage the debt. Depressing but true. At least one, likely both loan fund deposits went to his Orange County Credit Union account, same bank my sister uses. Attached is one of the promissory notes I could find as well as where I finally paid her off in July 2023. I worked myself to the bone to do this + it was our debt. She's trying to retire + I will not be the reason she can't.*

$10,000

*one of the promissory note I could locate.*

3/20/19

FOR VALUE RECEIVED, the undersigned, (the "Maker"), hereby promises to pay to the order of **Lori Davidson** ("Payee"), the principal sum of **$ 10,000** pursuant to the terms and conditions set forth herein.

PAYMENT OF PRINCIPAL. The principal amount of this Promissory Note (the "Note") and any accrued but unpaid interest shall be due and payable in **60** equal monthly installments in the amount of **$100** beginning **4/22/19**. All payments under this Note shall be applied first to accrued but unpaid interest, and next to outstanding principal. If not sooner paid, the entire remaining indebtedness (including accrued interest) shall be due and payable on **2/22/24**.

INTEREST. This Note shall bear interest, compounded annually, at **8** percent.

PREPAYMENT. The Maker shall have the right at any time and from time to time to prepay this Note in whole or in part without premium or penalty.

REMEDIES. No delay or omission on part of the holder of this Note in exercising any right hereunder shall operate as a waiver of any such right or of any other right of such holder, nor shall any delay, omission or waiver on any one occasion be deemed a bar to or waiver of the same or any other right on any future occasion. The rights and remedies of the Payee shall be cumulative and may be pursued singly, successively, or together, in the sole discretion of the Payee.

EVENTS OF ACCELERATION. The occurrence of any of the following shall constitute an "Event of Acceleration" by Maker under this Note:

(a) Maker's failure to pay any part of the principal or interest as and when due under this Note; or

(b) Maker's becoming insolvent or not paying its debts as they become due.

ACCELERATION. Upon the occurrence of an Event of Acceleration under this Note, and in addition to any other rights and remedies that Payee may have, Payee shall have the right, at its sole and exclusive option, to declare this Note immediately due and payable.

SUBORDINATION. The Maker's obligations under this Promissory Note are subordinated to all indebtedness, if any, of Maker, to any unrelated third-party lender to the extent such indebtedness is outstanding on the date of this Note and such subordination is required under the loan documents providing for such indebtedness.

DocuSign Envelope ID: 43E42798D18F4472B35C6F59C23DE4F3P
Case 23-43901 Doc 38   Filed 04/19/24   Entered 04/19/24 12:58:09   Desc Main
Document      Page 14 of 34

3/4

WAIVERS BY MAKER. All parties to this Note including Maker and any sureties, endorsers, and guarantors hereby waive protest, presentment, notice of dishonor, and notice of acceleration of maturity and agree to continue to remain bound for the payment of principal, interest and all other sums due under this Note notwithstanding any change or changes by way of release, surrender, exchange, modification or substitution of any security for this Note or by way of any extension or extensions of time for the payment of principal and interest; and all such parties waive all and every kind of notice of such change or changes and agree that the same may be made without notice or consent of any of them.

EXPENSES. In the event any payment under this Note is not paid when due, the Maker agrees to pay, in addition to the principal and interest hereunder, reasonable attorneys' fees not exceeding a sum equal to **15%** of the then outstanding balance owing on the Note, plus all other reasonable expenses incurred by Payee in exercising any of its rights and remedies upon default.

GOVERNING LAW. This Note shall be governed by, and construed in accordance with, the laws of the State of **California**.

SUCCESSORS. All of the foregoing is the promise of Maker and shall bind Maker and Maker's successors, heirs and assigns; provided, however, that Maker may not assign any of its rights or delegate any of its obligations hereunder without the prior written consent of the holder of this Note.

IN WITNESS WHEREOF, Maker has executed this Promissory Note as of the day and year first above written.

Maker: _____    3/20/2019  |  1:17 PDT

DocuSigned by:
0DCEB0156FAE48A...

Jeanie Scott

I paid off the loan in full

| Transaction Details | |
| --- | --- |
| Description | **Withdrawal / TRANSFER TO LORI DAVISON** |
| Amount ($) : | -$46,100.00 |
| Available Balance | **$20.00** |
| Date | **07/03/2023** |

*Exhibit 5*

## Payment Activity

 Citi® / AAdvantage® Platinum Select®-1488

| | |
|---|---|
| **Minimum Payment Due** | $0.00 |
| **Last Statement Balance** | $0.00 |
| **Current Balance** | $0.00 |
| **Payment Due Date** | Apr 17, 2022 |

## Scheduled Payments

Looks like you don't have any scheduled payments.

## Payment History

| Date | From Account | Confirmation | Status | Amount |
|---|---|---|---|---|
| Mar 23, 2022 | CALBANKTRUST PERSONAL CHKING - 4548 | 430702878847030 | Credited | $61.66 |
| Mar 10, 2022 | CALBANKTRUST PERSONAL CHKING - 4548 | 430691191765238 | Credited | $5,956.97 |
| Mar 01, 2022 | CALBANKTRUST PERSONAL CHKING - 4548 | 430683804726990 | Credited | $200.00 |
| Feb 15, 2022 | CALBANKTRUST PERSONAL CHKING - 4548 | 430671809760902 | Credited | $190.00 = $6,346 (Over $6291) |
| Jan 17, 2022 | CALBANKTRUST PERSONAL CHKING - 4548 | 420646988716395 | Credited | $255.00 |
| Dec 13, 2021 | CALBANKTRUST PERSONAL CHKING - 4548 | 430615645076577 | Credited | $275.00 |
| Nov 17, 2021 | MY WELLS CHECKING 7767 - 7767 | 430593354470178 | Credited | $60.00 |
| Oct 25, 2021 | MY WELLS CHECKING 7767 - 7767 | 430573294569648 | Credited | $225.00 |
| Oct 11, 2021 | MY WELLS CHECKING 7767 - 7767 | 430561171419156 | Credited | $295.00 |
| Sep 17, 2021 | MY WELLS CHECKING 7767 - 7767 | 420540790863153 | Credited | $585.00 |

# Payment Activity

 Citi® / AAdvantage® Platinum Select®-2618

| | |
|---|---|
| **Minimum Payment Due** | $0.00 |
| **Last Statement Balance** | $0.00 |
| **Current Balance** | $0.00 |
| **Payment Due Date** | Apr 28, 2022 |

## Scheduled Payments

| Date | From Account | Confirmation | Method | Amount | Action |
|---|---|---|---|---|---|
| Apr 07, 2022 | CalBankTrust Personal Chking - 4548 | 2708 | Online | $364.00 | I |

## Payment History

| Date | From Account | Confirmation | Status | Amount |
|---|---|---|---|---|
| Mar 23, 2022 | CALBANKTRUST PERSONAL CHKING - 4548 | 430702881684315 | Credited | $56,14 |
| Mar 18, 2022 | CALBANKTRUST PERSONAL CHKING - 4548 | 420698463642487 | Credited | $18,296.38 |
| Mar 05, 2022 | CALBANKTRUST PERSONAL CHKING - 4548 | 420687259452240 | Credited | $730.00 = $19,026 (Over $18,934) |
| Feb 15, 2022 | CALBANKTRUST PERSONAL CHKING - 4548 | 420671814973862 | Credited | $640.00 |
| Jan 25, 2022 | CALBANKTRUST PERSONAL CHKING - 4548 | 420653509803829 | Credited | $480.00 |
| Dec 13, 2021 | CALBANKTRUST PERSONAL CHKING - 4548 | 430615639733137 | Credited | $950.00 |
| Oct 22, 2021 | WELLS FARGO BANK NA - 7767 | 430570903286127 | Credited | $1,320.00 |
| Oct 11, 2021 | WELLS FARGO BANK NA - 7767 | 420561220560715 | Credited | $1,050.00 |

**AMERICAN EXPRESS**

Menu     🔍 Help   Log Out

-43009

## Make a Payment

● AutoPay Off    Start AutoPay

✓ Payment Not Required.

| | | |
|---|---|---|
| Bank Account | Select Bank Account ⌄ | Manage Bank Accounts |

| Amount | | |
|---|---|---|
| | ○ Minimum Payment Due ⓘ | $0.00 |
| | ○ Statement Balance ⓘ | $0.00 |
| | ○ Total Balance ⓘ | $0.00 |
| | ○ Other Amount | $     0.00 |

| Date | 📅 Today. Apr 7, 2022 | Payments must be submitted by 8:00 p.m. MST to be posted with today's date. |
|---|---|---|

With Plan It®, there are more ways to make payments for added flexibility. Now you can choose a custom amount of $100 or more to put into a plan, with a fixed monthly fee and no interest. Get Started

Pay by Computer Terms & Conditions                                    Make a Payment

## Payment History

| | | |
|---|---|---|
| > Mar 05, 2022 | Paid | $1,232.18 |
| > Feb 15, 2022 | Paid | $45.00 |
| > Jan 25, 2022 | Paid | $45.00 |
| > Dec 13, 2021 | Paid | $85.00 |
| > Nov 29, 2021 | Paid | $40.00 |
| > Oct 11, 2021 | Paid | $165.00 |
| | | = $1,612 (Over $1,516) |
| > Sep 28, 2021 | Paid | $70.00 |
| > Aug 25, 2021 | Paid | $45.00 |

## Useful Links

Change Monthly Payment Due Date      Manage AutoPay

Plan It: Create / View Plans      Add Someone to Your Account

Dispute a Payment      Request Credit Balance Refund

Check Spending Power

💬 Chat

## Payment Activity

### eBills Due

eBills help you track when a bill is due.

### Payments

| Date Range | | From | To |
|---|---|---|---|
| Specific date range | Up To 24 months | Numeric date starting with the month | |

**Filter By**

All  ⌄

☐ eBills Only

Showing 1 – 17 of 17 payments                                                                  page   1

| Description | Amount | Payment Date | Status |
|---|---|---|---|
| BANK OF AMERICA – PERSONAL CARD<br>Visa Platinum Reserve Card<br>*5854<br>Calbank Trust *4548 | $27,220.00 | 4-7-22 | Scheduled<br>Cfm # SMS5L-5BG0C |
| BANK OF AMERICA – PERSONAL CARD<br>Visa Platinum Reserve Card<br>*5854<br>Calbank Trust *4548 | $750.00 | 3-18-22 | Processed<br>Cfm # SKQY0-X5NRM |
| BANK OF AMERICA – PERSONAL CARD<br>Visa Platinum Reserve Card<br>*5854<br>Calbank Trust *4548 | $605.00 | 3-5-22 | Processed<br>Cfm # SJF6J-CC423 |
| BANK OF AMERICA – PERSONAL CARD<br>Visa Platinum Reserve Card<br>*5854<br>Calbank Trust *4548 | $600.00 | 2-15-22 | Processed<br>Cfm # SG9QC-WTY66 |
| BANK OF AMERICA – PERSONAL CARD<br>Bank of America Platinum Plus<br>*4212 | $600.00 | 1-25-22 | Processed<br>Cfm # SD54C-X1XKW |
| BANK OF AMERICA – PERSONAL CARD<br>Bank of America Platinum Plus<br>*4212 | $595.00 | 1-25-22 | Canceled<br>Cfm # SD520-3985J |
| BANK OF AMERICA – PERSONAL CARD<br>Visa Platinum Reserve Card<br>*5854 | $594.00 | | Marked as Paid |
| BANK OF AMERICA – PERSONAL CARD<br>Visa Platinum Reserve Card<br>*7767 | $610.00 | 12-14-21 | Processed<br>Cfm # S7TN9-D376P |
| BANK OF AMERICA – PERSONAL CARD<br>Visa Platinum Reserve Card<br>*7767 | $600.00 | 11-17-21 | Processed<br>Cfm # S539K-541H6 |
| BANK OF AMERICA – PERSONAL CARD<br>Bank of America Platinum Plus<br>*9036 | $600.00 | 11-17-21 | Canceled<br>Cfm # S539H-V7NX3 |
| BANK OF AMERICA – PERSONAL CARD<br>Visa Platinum Reserve Card<br>*7767 | $650.00 | 10-22-21 | Processed<br>Cfm # S2H29-C1TTT |
| BANK OF AMERICA – PERSONAL CARD<br>Visa Platinum Reserve Card<br>*7767 | $1,310.00 | 10-11-21 | Processed<br>Cfm # S1BN0-FKGQZ |
| BANK OF AMERICA – PERSONAL CARD<br>Visa Platinum Reserve Card<br>*7767 | $645.00 | 9-24-21 | Processed<br>Cfm # RZK6Q-T9KRF |
| BANK OF AMERICA – PERSONAL CARD<br>Visa Platinum Reserve Card<br>*7767 | $615.00 | 4-30-21 | Processed<br>Cfm # RHFR5-VCGWL |
| BANK OF AMERICA – PERSONAL CARD<br>Visa Platinum Reserve Card<br>*7767 | $610.00 | 8-25-21 | Processed<br>Cfm # RWGV3-YYWQV |
| BANK OF AMERICA – PERSONAL CARD<br>Visa Platinum Reserve Card<br>*7767 | $610.00 | 3-17-21 | Processed<br>Cfm # RC04W-L1THN |
| **Total** | **$36,015.00** | | Scheduled, In Process,<br>and Processed payments |

Share Your Feedback

| Description | Amount | Payment Date | Status |
|---|---|---|---|
| BANK OF AMERICA – PERSONAL CARD<br>Visa Platinum Reserve Card<br>*585* | 590.00<br>*7767 | 4-2-21 | Processed<br>Cfm # RDL7B-OB7ⁱ |
| **Total** | **$36,015.00**<br>**(Over $36,011)** | | Scheduled, In Process,<br>and Processed payments<br>only, Including any fees. |

Showing 1 - 17 of 17 payments

page   1

Share Your Feedback

**DISC❋VER**

Log Out

## ONLINE PAYMENTS

Minimum payment of $243.00 due on 04/28/22
Balance as of 04/07/22: $12,417.77

Questions?

Make a Payment

**Payment History**

Your payment information is protected

Payment History

Pending Payments

Here is a list of payments successfully made to your account.
To view or cancel pending payments, click View Pending Payments.

Automatic Payments

Change Payment Due Date

Manage Bank Accounts

**Payment History**

| Payment Posting Date | Amount | Payment Method | Paid from |
|---|---|---|---|
| March 18, 2022 | $5,500.00 | Online | California Bk and Tr, A Div of Zion ending 4548 |
| March 5, 2022 | $350.00 | Online | California Bk and Tr, A Div of Zion ending 4548 |
| February 15, 2022 | $350.00 | Online | California Bk and Tr, A Div of Zion ending 4548 |
| January 25, 2022 | $355.00 | Online | California Bk and Tr, A Div of Zion ending 4548 |
| December 13, 2021 | $16.87 | Online | *Cashback Bonus* Redemption Payment |
| December 13, 2021 | $355.00 | Online | Wells Fargo Bank NA ending 7767 |
| November 17, 2021 | $355.00 | Online | Wells Fargo Bank NA ending 7767 |
| October 11, 2021 | $715.00 | Online | Wells Fargo Bank NA ending 7767 |
| September 28, 2021 | $360.00 | Online | Wells Fargo Bank NA ending 7767 |

= $8,340 pmts

View Pending Payments          Go to Account Home

**DISCOVER**

Log Out

## ONLINE PAYMENTS

Minimum payment of $243.00 due on 04/28/22
Balance as of 04/07/22: $12,417.77

Questions?

Make a Payment

Payment History

Pending Payments

Automatic Payments

Change Payment Due Date

Manage Bank Accounts

Your payment information is protected

### Pending Payments

View payments that have already posted to your account at Payment History. If you would like to make a payment now, click "Make a Payment."

Edit or cancel a pending payment by choosing the link next to each listing. Please note, payments being processed cannot be modified.

#### Pending Payments

| Scheduled Payment Date | Amount | Payment Method | Account / Nickname | Payment Confirmation # | |
|---|---|---|---|---|---|
| April 7, 2022 | $12,417.77 | Online | CalBankPersChk ending 4548 | GC23-CM21-8JW1 | Edit ǀ Cancel |

Please note: Payments scheduled online or by phone must be edited or canceled before 5:00 p.m. Eastern Time on the scheduled payment date. Same day payments made online or by phone after 5:00 p.m., may be modified until midnight Eastern Time of that same day.

Make a Payment       Go to Account Home       Important Information for Online Payments

$8,340 + $12,417 =
$20,757 (Over $$17,497)

*One of the ...... Exhibit Q* 1/12

## Jamie threw me out and took my phone and computer

From:  Ryan Scott (ryan.scott5@att.net)

To:      scott.jeanie@att.net

Date:  Wednesday, April 27, 2016 at 09:16 AM PDT

Try calling the house I guess.  She said I am only paid through today.  Also couldnt get any of my pics off the computer and phone.

**M** Gmail  *notifying, organizing + paying time-sensitive + other bills*

J S <sjeanie01@gmail.com>

---

## Fwd: Monthly payment reminder
1 message

**Jeanie Scott** <sjeanie01@gmail.com>
To: Ryan Scott <ryscott004@gmail.com>

Thu, Mar 18, 2021 at 11:06 AM

Hi,
This is coming due below. It's in your name. I requested COVID relief which lowered the payment for Feb and March only.
I paid it in February. It needs to be paid again soon, so as not to have a bad mark on credit.
login: sjeanie01@gmail.com
pw: ●●●●●●●● (I think you know what I mean and if not let me know)

I can try to deposit and transfer that check to you later today if you like. Would you like me to?

FYI - yesterday I paid our insurance ($500s) and your Wells Fargo biz card ($149)

Soon I'll get a list of everything together so we can start sorting through this, getting organized, finding better deals,
dividing/restructuring.

Please do let me know dates/plan for spring break. I realize you'll be packing stuff which is fine, but I'm guessing that'll be
a day or so? What about the rest of the time? Will you be doing stuff with the kids/staying somewhere, or what are your
thoughts? I'll likely have work and will need to know so I can plan what to do with the kids - some kind of camp or care for
Oliver, or whatever, plus Claira may have work unless requests off with adequate time. I truly believe your original plan
was better for them and you, but whatever you think....

---------- Forwarded message ---------
From: **Upstart** <support@upstart.com>
Date: Mon, Mar 15, 2021 at 2:59 AM
Subject: Monthly payment reminder
To: Ryan Scott <sjeanie01@gmail.com>


# Upstart

Hi Ryan,

Your Upstart loan payment for L359964 is coming up. You have $262.06 due. You will need to log into
your account and manually transfer payment from your Wells Fargo checking: x-9036 bank account.
Please remember to initiate your payment on your dashboard before your due date.

| | |
|---|---|
| Loan ID | L359964 |
| Payment due date | March 22, 2021 |
| Monthly payment | $262.06 |
| Total outstanding principal | $33,124.19 |
| Estimated months until fully repaid* | 47 |

M Gmail                *Shunned responsibility*                    J S <sjeanie01@gmail.com>

---

## Re: Monthly payment reminder
1 message

---

**Ryan Scott** <ryscott004@gmail.com>                             Thu, Mar 18, 2021 at 2:08 PM
To: Jeanie Scott <sjeanie01@gmail.com>

Yeah I found that out. Not paying it. Please send the check.

Sent from my iPhone

> On Mar 18, 2021, at 1:13 PM, Jeanie Scott <sjeanie01@gmail.com> wrote:

Also, it's setup with the old checking account that is closed, so you'll want to update before submitting as otherwise it won't go through.

On Thu, Mar 18, 2021 at 11:06 AM Jeanie Scott <sjeanie01@gmail.com> wrote:
Hi,
This is coming due below.  It's in your name. I requested COVID relief which lowered the payment for Feb and March only. I paid it in February. It needs to be paid again soon, so as not to have a bad mark on credit.
login: sjeanie01@gmail.com
pw: O...v...23 (I think you know what I mean and if not let me know)

I can try to deposit and transfer that check to you later today if you like.  Would you like me to?

FYI - yesterday I paid our insurance ($500s) and your Wells Fargo biz card ($149)

Soon I'll get a list of everything together so we can start sorting through this, getting organized, finding better deals, dividing/restructuring.

Please do let me know dates/plan for spring break.  I realize you'll be packing stuff which is fine, but I'm guessing that'll be a day or so? What about the rest of the time?  Will you be doing stuff with the kids/staying somewhere, or what are your thoughts?  I'll likely have work and will need to know so I can plan what to do with the kids - some kind of camp or care for Oliver, or whatever, plus Claira may have work unless requests off with adequate time.  I truly believe your original plan was better for them and you, but whatever you think....

---------- Forwarded message ----------
From: **Upstart** <support@upstart.com>
Date: Mon, Mar 15, 2021 at 2:59 AM
Subject: Monthly payment reminder
To: Ryan Scott <sjeanie01@gmail.com>



Hi Ryan,

Your Upstart loan payment for L359964 is coming up. You have $262.06 due. You will need to log into your account and manually transfer payment from your Wells Fargo checking: x-9036 bank account. Please remember to initiate your payment on your dashboard before your due date.

Loan ID                              L359964

4/12

*Ryan cancelled my cell service*

M Gmail

J S <sjeanie01@gmail.com>

## Re: Did you cut off cell service?
1 message

*(my work + personal phone)*

**Ryan Scott** <ryscott004@gmail.com>
To: Jeanie Scott <sjeanie01@gmail.com>

Fri, Mar 19, 2021 at 10:21 AM

Yes ma'am. Just yours. You'll need to open an account. Internet is next.

Sent from my iPhone

> On Mar 19, 2021, at 12:17 PM, Jeanie Scott <sjeanie01@gmail.com> wrote:
>
>

 Gmail

J S <sjeanie01@gmail.com>

## Re: Did you cut off cell service?

1 message

**Jeanie Scott** <sjeanie01@gmail.com>                                    Fri, Mar 19, 2021 at 10:31 AM
To: Ryan Scott <ryscott004@gmail.com>

The autopay card didn't have enough available to clear it  I was trying to log in to pay, but obviously will not now.  I have work appointments and critical conversations to respond to that now I cannot.  The kids can't get a hold of me if they need to.  I think it's clear that was an inappropriately impulsive action.

On Fri, Mar 19, 2021 at 10:23 AM Ryan Scott <ryscott004@gmail.com> wrote:

Claira's is good.

Sent from my iPhone

> On Mar 19, 2021, at 12:17 PM, Jeanie Scott <sjeanie01@gmail.com> wrote:
>
>

*Ryan*
*fraud when I keep*
*him informed post-split*
*to deflect*
*responsibility*

**M** Gmail

J S <sjeanie01@gmail.com>

### Re: Payment for your Upstart loan has not been received
1 message

**Jeanie Scott** <sjeanie01@gmail.com>
To: Ryan Scott <ryscott004@gmail.com>

Sat, Mar 27, 2021 at 8:01 PM

This is the one we already discussed.

To refresh your memory, it's a reduced payment this month due to COVID. You had also called them for COVID relief last year, which they granted, so not sure why you've forgotten.  I just sent this as a courtesy reminder to help you avoid a bad mark on your credit in the interim, if desired.

On Sat, Mar 27, 2021 at 4:10 PM Ryan Scott <ryscott004@gmail.com> wrote:
> Pay it. Smells like fraud to me.
>
> Sent from my iPhone
>
>
>> On Mar 27, 2021, at 1:48 PM, Jeanie Scott <sjeanie01@gmail.com> wrote:
>>
>>
>>
>> FYI
>>
>> ---------- Forwarded message ---------
>> From: **Upstart® Loan Operations** <servicing@upstart.com>
>> Date: Sat, Mar 27, 2021 at 11:10 AM
>> Subject: Payment for your Upstart loan has not been received
>> To: <sjeanie01@gmail.com>



**△ Upstart**

Hi Ryan,

Just wanted to reach out and let you know that we haven't yet received the payment for your Upstart loan, which was due on 3/22/2021. If you've already sent it, you can ignore this email.

If not, then we wanted to let you know that you can log in to your account at https://www.upstart.com and click "Make a Payment" to schedule a payment anytime.

If you have any concerns about this information, you can reach us at servicing@upstart.com or ( 855) 451-6753.

We're available Monday to Friday between 6 AM - 6 PM Pacific Time and Saturday between 7 AM - 4 PM Pacific Time, except New Years Day, Thanksgiving Day, Christmas Eve, and Christmas Day.

Best Regards,

11:29

< 32

Ry

May 20, 2020 at 3:58 PM

May need your authorization in a sec for upstart convo

Sorry, I can't talk right now.

Seriously??

Meeting?

One sec. just give authorization

I have two people on myself phone

Fine

Jeanie Scott

message    home    video

Today

4:57 PM **Incoming Call**
39 seconds

4:45 PM **Outgoing Call**
2 seconds

4:44 PM **Canceled Call**

Calls with a checkmark have been verified by

iMessage

*— clearly aware of upstart loan a full year prior*

11:29

 32



Ry >



Aug 3, 2020 at 3:46 PM

Calling navy fed in case be ready

Um ok

Nvm. They helped me. I was able to defer one more time for the car payment and consolidation loan. That'll help immensely since we have to send so much to Upstart this month because of the past payments they require upfront

Yay!!!

We basically have to send three months of payments to Upstart now otherwise it's going to reflect bad on our credit.

Good, something worked out today.

*more confirmation*

Yeah seriously. I'm surprised they were able to do this but they said it's the last time they can. Just this mo.

Ok

\+    iMessage    

He gut stream consecutively
without another. Was re-hired
+ later fired,
Same with
each other
job starting
in 2014 from
Alcon + each
year thereafter.
Resulting in credit use,
Consolodation + personal
family loans to
sustain each time,
year after year.

## My Resume Stuff

From: Ryan Scott (ryan.scott5@att.net)

To:     ryan.scott5@att.net; scott.jeanie@att.net

Date:  Monday, November 12, 2018 at 09:08 AM PST


Thanks,

Ryan Scott
817.944.0606

- Resume Ryan Scott Updated 5.30.17 Final.pdf
  147.9kB
- Resume Ryan Scott Updated 11.12.18 Final.pdf
  198.3kB
- Resume Ryan Scott Updated 5.30.17 Final.docx
  27.1kB

# Ryan Scott

33 Gatewood Drive
Aliso Viejo, CA 92656
**(817) 944-0606**
ryan.scott5@att.net

**STREAMLINE FINISHES INC**   Lake Forest, California                    2017 – present

A Southern California based painting contractor that focuses on high quality painting and finishes for new commercial construction of multi family structures such as high rises, condominiums and apartments. Streamline Finishes takes on projects from the San Diego area all the way up to the Oakland and bay areas with an emphasis in the Orange County and Los Angeles Area. Many of the builders and General Contractors that we perform work are some of the industry's best in all three regions.

### Senior Project Manager                                           2017 – present

Assist estimating with Project RFPs, creating Change Orders and identifying scope changes. Coordinating submittals and RFIs for 10 20 concurrently running projects. Building relationships with Project Managers and Project Executives. Working directly with the field including assisting my General Superintendent with coordination and man power. Creating Schedule of Values to accurately track and create billings. Track material costs with vendors and suppliers to stay under budget. Monitoring contract documents for changes and relaying to the field for execution. Working directly with upper management to create better systems for field and office personnel. Train and direct new employees all the while helping them succeed within the company. Quantify and create Wallcovering Orders for all awarded projects and confirming deliveries for deadlines. Coordination of sub tier vendors and installers for materials required on multiple sites. Perform site walks with builders, field foremen and superintendents to ensure schedules are kept, confirming quality and executing contract obligations.

## PACIFIC ENVIRONMENTAL TECHNOLOGIES  Corona, California            2016–2017

Pacific Environmental Technologies focuses on providing design/build environmentally controlled clean room environments for the aerospace, semiconductor, biomedical, pharmaceutical and related industries. As a general contractor in these specialized fields, we strive to provide quality turnkey projects with the client's business applications and needs as the number one priority.

### Project Manager                                                 2016 – 2017

Assist sales with estimates and proposals for pricing and budgets. Work closely with engineering and client to achieve design of architectural, structural and mechanical aspects to obtain design drawings. Manage and schedule project duration and sequence of work to be executed as well as subcontractors and vendors. Procure all materials and equipment avoiding delays by identifying long lead items ahead of time. Track all RFIs, submittals and change orders as rquired. Conduct and enforce weekly safety meetings with subcontractors and workers in the field. Achieve city required permitting and inspections. Ensure compliance with city and state regulations during construction period.

### DPR GENERAL CONTRACTORS  Newport, California                     2015 - 2016

*DPR Construction is a unique technical builder with a passion for results. Ranked in the top 50 general contractors in the country since 1997, we are a national commercial contractor and construction manager that has grown with our customers by delivering measurably more value. Whether a multi-million-dollar technical facility or a conference room renovation, we execute every project with relentless accountability. We listen to your goals. We develop strategies based on your business. We track our performance. We do everything we can to earn your trust and build great lasting relationships.*

### Project Engineer                                               2015 – 2016

Aid strategy, organization and information flow for job layout and project management, while interfacing with designers, engineers and owners. Prepare minutes, drawings and facilitate owner and team meetings. Review subcontractor and vendor drawings, product data, samples and manuals to ensure compliance and

# Ryan Scott

33 Gatewood Drive
Aliso Viejo, CA 92656
**(817) 944-0606**
ryan.scott5@att.net

coordination with contract documents. Schedule and expedite submittals and material,  equipment purchases and delivery. Schedule subcontractor work and ensure subs are ready on schedule. Identify, formalize and distribute change documents to all affected parties, issue and expedite requests for quotations to subcontractors and vendors, and review quotes for fairness and accuracy. Estimate design costs. Assemble and notify all parties of approved change orders in accordance with owner contract requirements. Prepare and monitor equipment and material coding logs. Update record drawings. Maintain submittal log. Monitor safety inspection and accident logs and reports. Maintain request for information log and post RFI responses on record drawings. Distribute new drawings, changes, approved submittals, RFI responses and other project information to all affected parties.

**HILL & WILKINSON GENERAL CONTRACTORS**   Richardson, Texas                    2014 - 2015
*Hill & Wilkinson is a 450 million dollar firm that strives to bring trust, respect, honesty and commitment to every project. Hill & Wilkinson has built a solid reputation among clients and peers by getting to know customers personally, outlining expectations early-on and maintaining the highest level of quality and safety. Services include Preconstruction, Virtual Design and Construction (VDC), Integrated Project Delivery, Design-Build, Construction Management and Facility Commissioning.*

**11:10**

  

**Ry** >

Oct 23, 2020 at 11:34 AM

Don't buy me a ticket

Don't give a rip

Don't want to go

Scheduling Osh

I'm putting two weeks in.

Telling Brian this afternoon

Text Message

I'm putting two weeks in.

Telling Brian this afternoon

Cancelled appts

iMessage

Two weeks are in at the job

All appt cancelled

Oct 23, 2020 at 6:17 PM

He's going nuts

+   ( iMessage                                    🎤 )

*[Handwritten annotations:]*

quit another job without having another to replace it

Osh is a tattoo artist !!

So quitting + going to get a tattoo.